**Order entered December 16, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00619-CV

**DENNIS JAMES POLEDORE, JR., Appellant**

**V.**

**CHERI YLONDA POLEDORE, Appellee**

**On Appeal from the 303rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-14-13701**

## ORDER

As appellee filed her brief November 24, 2015, we **DENY** as moot appellant's "motion in opposition to any further request for extension of time to file appellee's brief beyond appellee's 11/25/2015 extension request."

/s/    CRAIG STODDART
JUSTICE